K.C. MAXWELL (SBN 214701)
LAW OFFICE OF K.C. MAXWELL
235 Montgomery Street
Suite 1070
San Francisco, CA 94104
P:  415-322-8817
F:  415-888-2372
kcm@kcmaxlaw.com

*Attorney for Defendant*
ALEXANDER IZAGUIRRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER IZAGUIRRE,<br><br>Defendant. | Case No.: CR 11-0867 WHA<br><br>DECLARATION OF K.C. MAXWELL IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DISCOVERY |

I, K.C. MAXWELL, make the following declaration under penalty of perjury:

1.      I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court.  By appointment under the Criminal Justice Act, I represent defendant Alexander Izaguirre in the above-captioned matter.  Unless otherwise noted, I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the contents of this declaration.

2.      In e-mail communications with Assistant United States Attorney W. S. Wilson Leung, Mr. Leung promised to provide discovery to counsel for Mr. Izaguirre by February 13, 2012.  The discovery was delivered, in part, via e-mail on February 14, 2012 at noon, noting that further discovery would be available for pick up at the U.S. Attorney's Office.

3.     Attached as Exhibit A is a true and correct copy of Mr. Izaguirre's letter of February 7, 2012, requesting discovery from the government.

4.     Attached as Exhibit B is a true and correct excerpt from a transcript of oral argument made in open court by the government in the case of *United States v. Velasquez, et al.*, 08-CR-730 WHA, on November 17, 2011.

5.     Attached as Exhibit C is a true and correct copy of the brief filed by the government in response to Mr. Velasquez's Second Motion to Dismiss the Indictment in *United States v. Velasquez, et al.*, 08-CR-730 WHA.

Dated:  February 14, 2012                             /s/
                                                      K.C. Maxwell
                                                      *Attorney for ALEXANDER IZAGUIRRE*