# EXHIBIT B

Volume 15

Pages 2897 - 2945

United States District Court

Northern District Of California

Before The Honorable William Alsup

United States of America,     )
                              )
           Plaintiff,         )
                              )
  vs.                         )          NO. CR 08-0730 WHA
                              )
Danilo Velasquez,             )
                              )          **<u>Jury Trial</u>**
           Defendant.         )
_____)

San Francisco, California
Thursday, November 17, 2011

<u>**Reporter's Transcript of Proceedings**</u>

<u>**Appearances:**</u>

For Plaintiff:          Melinda Haag
                        United States Attorney
                        450 Golden Gate Avenue, Box 36055
                        San Francisco, California  94102
                  By:   **Andrew Scoble, Esquire**
                        **David Hall, Esquire**
                        **Assistant United States Attorneys**

                        Department of Justice
                        Criminal, Gang Unit
                        950 Pennsylvania Avenue, N.W.
                        Room 6646
                        Washington, DC  20005
                  By:   **Theryn Gale Gibbons, Esquire**

(Appearances continued on next page.)

**Reported By:**          **Sahar Bartlett, RPR, CSR 12963**
                        **Official Reporter, U.S. District Court**
                        **for the Northern District of California**

**Proceedings**

1           **MR. HALL:**  I don't think the Court has the facts --

2           **THE COURT:**  It's hard for me to believe that the

3    Government would let a liar and a perjury person go to escape

4    out of the country or be deported when the defense lawyer might

5    want to call him, just like it happened in the case.

6           So what do you say to that point?  You weren't in

7    the case, neither one of you were in the case --

8           **MR. HALL:**  I wasn't.

9           **THE COURT:**  But you are the ones I got here now.  So

10   that disturbs me.

11          **MR. HALL:**  I understand the Court's concern.

12          Just a few differences in the fact that I don't

13   think make a big difference:  I think -- when Izaguirre

14   testified -- in fact, it may make no difference at all, but

15   just there's a little difference than what Ms. Schwartz thinks

16   they are than what I think they are.

17          He was in state custody, Izaguirre, that is why he

18   was in jail.  He was pending a robbery charge, a strong-arm

19   robbery charge, and I believe a violation of parole.  And I

20   believe ICE had a hold on him at jail for deportation.

21          It was sometime after that, probably not very long

22   after that, that he was, in fact, convicted of either, and I'm

23   not sure which, either the violation of parole or the robbery,

24   and he was sent to prison.

25          And it is true that the Government, that part of the

**Proceedings**

1   Government that is prosecuting this case did not put any kind

2   of hold or make any attempts to stop either him going to prison

3   or his later deportation.

4          Would I have done that?  I hope not.  But I don't

5   think that that is part of the issue here, and I don't think it

6   shows bad faith by the Government.  I think it shows a decision

7   that perhaps you and I would have done differently and maybe

8   wasn't the best thing for this case to have proceeded that way.

9   Luckily, the defendant -- Izaguirre didn't stay out of the

10  country and came back and was caught again.  So we have him.

11         But the issue of whether his testimony before the

12  Grand Jury meets the definition of material as defined within

13  **_Basurto_** and perhaps made in little different words within the

14  **_Bank of Nova Scotia_** case that is prejudice to the defendant

15  does not change that.  And I don't think that although

16  Ms. Schwartz inferred that we affirmatively tried to get him

17  out of the country, I don't think there is any evidence of

18  that.

19         And what I think happened is, the prosecutors, who

20  were prosecuting many defendants within MS, who had an earlier,

21  more pressing trial and information, simply, so to speak, drop

22  the ball on Izaguirre, let him go and didn't preserve him, as

23  we would have hoped he would have.  But I don't think that that

24  changes the standard under this motion.

25             **THE COURT:**  Ms. Schwartz, you said you had more to