UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER IZAGUIRRE,<br><br>    Defendant. | Case No.: CR 11-0867 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ALEXANDER IZAGUIRRE'S MOTION FOR JUDICIAL RECUSAL |

    IT IS HEREBY ORDERED that defendant Alexander Izaguirre's Motion For Judicial Recusal is **GRANTED**.  This matter shall be reassigned to the Honorable Maxine M. Chesney for all further proceedings in this Court.

    **IT IS SO ORDERED.**

Dated:_____                     _____
                                                                            United States District Judge