UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER IZAGUIRRE,

    Defendant,

No. CR 11-00867 WHA

**REFERRAL OF MOTION FOR RECUSAL**

On February 16, 2012, the Honorable William Alsup directed that Defendant's Motion for Recusal be randomly reassigned to another judge. In accordance with the aforementioned order and 28 U.S.C. §144, the motion is hereby referred to the Honorable Susan Illston.

FOR THE EXECUTIVE COMMITTEE:

Dated: February 21, 2012

Chris Wolpert
Chief Deputy of Operations

COPIES TO PARTIES OF RECORD.