IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 11-00867SI |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| IZAGUIRRE, | |
| Defendant. / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion for recusal has been referred to Judge Illston for decision.

All parties shall appear on Friday, February 24, 2012, at 11:00 a.m. for oral argument on the motion.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 22, 2012                                RICHARD W. WIEKING, Clerk

                                                        /s/ T. Kasamoto
                                                        Tracy Kasamoto
                                                        Deputy Clerk