**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                                          No. C 11-00867SI

       Plaintiff,              **CLERK'S NOTICE**

  v.

IZAGUIRRE,

       Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to recuse has been rescheduled to Friday, March 16, 2012, at 11:00 a.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 22, 2012                    RICHARD W. WIEKING, Clerk


                                            _____
                                            Tracy Kasamoto
                                            Deputy Clerk